**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOHIT MOHIT,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>FERETI SEMAIA, et al.,<br><br>　　　　　　Respondents. | Case No.  5:26-cv-01591-RAO<br><br>**ORDER GRANTING IN  PART TEMPORARY RESTRAINING ORDER REQUIRING BOND HEARING** |

Petitioner Mohit Mohit ("Petitioner"), represented by counsel, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Petition"), against Todd M. Lyons, Acting Director, U.S. Immigration and Customs Enforcement ("ICE"); Pamela Bondi, Attorney General of the United States; Markwayne Mullin, Secretary, U.S. Department of Homeland Security; and Fereti Semaia, Warden of Desert View Facility (collectively, "Respondents") on April 1, 2026.  Dkt. No. 1 ("Pet.").

The same date, Petitioner filed a Motion for Temporary Restraining Order and Preliminary Injunction.  Dkt. No. 3.  Petitioner seeks immediate release and an order enjoining Respondents from re-detaining him without notice and a pre-deprivation hearing.  *See id.* at 18.

///

Respondents filed their response on April 3, 2026 ("Response"). Dkt. No. 8. The Response states that Petitioner appears to be an eligible member of the Bond Eligible Class certified in *Maldonado Bautista v. Santacruz*, No. CV 25-01873-SSS (BFM), 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025), and accordingly, entitled to a bond hearing subject to the *Maldonado Bautista* judgment and any applicable appellate proceedings. *Id*. at 2. Respondents suggest that an order requiring a bond hearing be held within 7 days would be appropriate here. *Id.* at 3. Petitioner filed his reply on April 7, 2026. *See generally* Dkt. No. 9.

Respondents, thus, appear to acknowledge that this Court may order that Petitioner be provided an individualized bond hearing "consistent with what [c]ourts in this District have generally ordered in similar cases, which is to require such a hearing be held within seven (7) days." *See* Dkt. No. 8.

Accordingly, IT IS ORDERED that:

(1) Petitioner's Motion for Temporary Restraining Order is GRANTED IN PART;

(2) Respondents are ENJOINED from continuing to detain Petitioner unless he is provided with a bond hearing pursuant to 8 U.S.C. § 1226(a) within seven (7) days of this Order; and

(3) It is further ORDERED that Respondents shall file a status report no later than ten (10) days after the date of this Order confirming that Petitioner has received a bond hearing.

DATED: April 8, 2026

/s/
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE