**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOHIT MOHIT,<br><br>               Petitioner,<br><br>    v.<br><br>FERETI SEMAIA, *et al.*,<br><br>               Respondents. | Case No.  5:26-cv-01591-RAO<br><br>**ORDER DISMISSING AS MOOT PETITION FOR WRIT OF HABEAS CORPUS AND ACTION** |

On April 8, 2026, the Court issued an order enjoining Respondents from continuing to detain Petitioner unless he is provided with a bond hearing pursuant to 8 U.S.C. § 1226(a).  Dkt. No. 11.

On April 17, 2026, Respondents filed a status report informing the Court that a bond hearing was scheduled for Petitioner on April 14, 2026, but Petitioner subsequently withdrew his request for the hearing.  Dkt. No. 12.

On May 8, 2026, the Court issued an Order to Show Cause ("OSC") in writing by May 15, 2026, why the petition for writ of habeas corpus should not be dismissed as moot in light of Petitioner's withdrawal of his request for a bond hearing.  Dkt. No. 13.  Petitioner did not respond to the Court's OSC.

///

Because there is no further relief that this Court can grant, the Court DISMISSES the Petition as moot and the action is closed.

DATED:  May 18, 2026

_____ /s/
ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE